# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dennis Roger VanDyke ,

    Plaintiff(s),

vs.

Chris Francis et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:12-cv-00113-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/12 Order.

Signed: June 11, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court