# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dennis Roger VanDyke ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  1:12-cv-00113-RJC

Chris Francis et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/12 Order.

                                          Signed: June 11, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court